


Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
August 27, 2018

___

Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

*Attorneys for Metro MAGA, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>THE SPRINGS BUILDING, LLC,<br><br>Debtor. | Case No. BK-S-18-12320-LEB<br>Chapter 11<br><br>**ORDER GRANTING MOTION AND DISMISSING BANKRUPTCY CASE**<br><br>Date of Hearing:    August 21, 2018<br>Time of Hearing:    9:30 a.m. |
|---|---|

On August 21, 2018, the Court conducted a hearing ("Hearing") on the contested Motion to Dismiss; In the Alternative, Motion for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and to Waive the 14-Day Stay Under Fed. R. Civ. P. 4001(a)(3) (the "Motion"), filed by Metro MAGA, LLC ("Movant"), successor-in interest to Western Alliance Bank doing business as Bank of Nevada, by and through its counsel, Richard F. Holley, Esq. and Mary Langsner, Ph.D., of the law firm Holley Driggs Walch Fine Wray Puzey & Thompson. Opposition to the Motion had been lodged by debtor The Springs Building, LLC ("Debtor"). At the August 21, 2018, Hearing, attorney Richard F. Holley, Esq. of the law firm Holley Driggs Walch Fine Wray Puzey

13055-01/2085785_2.docx

& Thompson appeared on behalf of Movant; attorney Nikoll Nikci, Esq. of the Law Offices of Michael F. Bohn, Esq. appeared on behalf of Debtor.

During the August 21, 2018, hearing, parties were given the opportunity to present argument regarding the issues raised by the contested Motion. After argument was completed, the Court issued its oral ruling. To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on August 21, 2018, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

Based upon the record before the Court, and for the reasons stated on the record at the conclusion of the August 21, 2018, hearing, the Court, having reviewed and considered the papers and pleadings on file herein, and having heard the arguments of counsel, and with good cause appearing therefor, for the reasons stated on the record:

**IT IS ORDERED** that the Motion is **GRANTED**, and the chapter 11 bankruptcy case of Debtor The Springs Building, LLC is **DISMISSED**.

**IT IS FURTHER ORDERED** that, since the Court granted the Motion to Dismiss, it did not rule on the alternative request for relief from the automatic stay.

**IT IS SO ORDERED.**

Prepared and submitted by:

**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**

*/s/ Richard F. Holley*
Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Metro MAGA, LLC*

13055-01/2085785_2.docx



**RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The Court has waived the requirements set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Nikoll Nikci, Esq.                                              **APPROVE**
*Attorneys for Debtor The Springs Building, LLC*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

*/s/ Richard F. Holley*
Richard F. Holley, Esq. (NBN 3077)
Mary Langsner, Ph.D. (NBN 13707)
400 South Street, Third Floor
Las Vegas, NV 89101

# # #

- 3 -

13055-01/2085785_2.docx